UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00098 |
| ) | JUDGE SHARP |
| RICKY THOMAS JOHNSON ) | |

## O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, October 23, 2012 at 1:30 p.m.

It is so ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE