**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:12-00098** |
| | ) | **JUDGE SHARP** |
| **RICKY THOMAS JOHNSON** | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Sentencing (Docket No.

25).

The motion is GRANTED and the sentencing in this matter is hereby rescheduled for

March 22, 2013 at 2:30 p.m.

It is so ORDERED.

_Kevin H. Sharp_
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE